```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00316
   ISRAEL HOWARD
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3915

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/08/2008 and was not confirmed.

     The case was dismissed without confirmation 03/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
NATIONWIDE LOAN            UNSECURED           986.54          .00             .00
NAVY FEDERAL CREDIT UNIO   UNSECURED          6185.27          .00             .00
COMMONWEALTH EDISON        UNSECURED           925.11          .00             .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC      9833.00          .00             .00
CAPITAL ONE AUTO FINANCE   UNSECURED         14143.45          .00             .00
RMI/MCSI                   UNSECURED          1250.00          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY           1871.39          .00             .00
INTERNAL REVENUE SERVICE   UNSECURED            98.41          .00             .00
TIMOTHY K LIOU             DEBTOR ATTY       3,073.20                          .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------       --------------
TOTALS                       .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00316 ISRAEL HOWARD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                                    PAGE   2
          CASE NO. 08 B 00316 ISRAEL HOWARD